**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,       )<br>　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>Berenice Santa Cruz-Ortiz,　　　)<br>　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　) | CR14-01090-01-PHX-NVW<br><br>**ORDER OF DETENTION** |

Defendant was released on Pretrial Supervision on July 25, 2014. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel.

The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release by clear and convincing evidence. Defendant advised she understood these rights and confirmed that she wanted to admit to the violations alleged in the petition.

The Court finds that the admissions were made knowingly, voluntarily and intelligently. Based on the allegations in the petition, the Court finds that defendant violated the conditions of her release. Further, that defendant is unlikely to abide by any condition or combination of conditions of release.

///

///

1  IT IS THEREFORE ORDERED that the defendant's release is revoked and she is
2 detained pending further order of the Court.
3  DATED this 10th day of September, 2014.

_____
James F. Metcalf
United States Magistrate Judge